UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 19-1928-AG (KS)                                      Date: January 27, 2020

Title   *Billy Paul Birdwell v. C. Clarizio et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 8, 2019, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint"). (Dkt. No. 1.)  On November 8, 2019, the Court dismissed the Complaint with leave to amend.  (Dkt. No. 5.)  On December 11, 2019, Plaintiff filed a First Amended Complaint (the "FAC").  (Dkt. No. 10.)  On December 20, 2019, the Court dismissed the FAC for failure to state a claim upon which relief could be granted and ordered Plaintiff to file either a Second Amended Complaint or a Notice of Voluntary Dismissal within 21 days, *i.e.*, no later than January 10, 2020.  (Dkt. No. 12.)  Two weeks have now passed since Plaintiff's Second Amended Complaint was due, and Plaintiff has not filed either a Second Amended Complaint or a Notice of Voluntary Dismissal, nor has he otherwise communicated with this Court about his case.[1]

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

---

[1]    Petitioner appealed the Court's December 20, 2019 Order to the Ninth Circuit (Dkt. No. 13), but he did not request (or receive) a stay of this action or an extension of his deadline for filing the SAC.  Additionally, on January 24, 2020, the Ninth Circuit held that it lacked jurisdiction to consider Plaintiff's appeal because the order being challenged was not final or appealable.  (Dkt. No. 15.)

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 18, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's prior orders; or (2) a Second Amended Complaint correcting the deficiencies identified in the Court's December 20, 2019 Order. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the action without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's December 20, 2019 Order (Dkt. No. 12).

**IT IS SO ORDERED.**

|                              |       |
|------------------------------|-------|
|                              | :     |
| **Initials of Preparer**     | gr    |